# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMETRI LAMAR ALEXANDER,
Appellant,

vs.

BRIAN WILLIAMS, WARDEN; AND
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondents.

No. 73458

**FILED**

JUL 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on December 2, 2016. The district court served notice of entry of that order on appellant on December 8, 2016. Appellant did not file the notice of appeal, however, until July 3, 2017, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-25142

cc: Hon. Linda Marie Bell, District Judge
Demetri Lamar Alexander
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk